UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|  | ) |  |
|  | ) | CASE NO. 21-55752-PMB |
| NEW VISION REALTY & INVESTMENTS, INC., | ) |  |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |

**TRUSTEE'S MOTION FOR AUTHORITY TO PAY ADMINISTRATIVE
EXPENSES OF CHAPTER 7 ESTATE**

COMES NOW S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of New Vision Realty & Investments, Inc. ("**Debtor**"), through undersigned counsel, and files *Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate* (the "**Motion**"). In support of his Motion, Trustee respectfully shows:

**Jurisdiction and Venue**

1.

This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This Motion presents a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background Facts and Relief Requested**

2.

On August 2, 2021 (the "**Petition Date**"), Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, initiating Case No. 21-55752-PMB (the "**Bankruptcy Case**" or "**Case**").

3.

On May 12, 2022, Trustee filed *Trustee's Motion for Authority to (A) Sell Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances and (B) Disburse Certain Proceeds at Closing* [Doc. No. 98] (the "**Sale Motion**") and related papers with the Court, seeking, among other things, an order from the Court authorizing the sale ("**Sale**") of that certain real property commonly known as 2562 Meadow Lark Drive, East Point, Fulton County, Georgia 30344 (the "**Property**"), pursuant to 11 U.S.C. §§ 363(b), (f), and (m), and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014, to Rezwanul Rajib and Nuri Fatema (the "**Purchasers**"), "as is, where is," for the sale price of $407,000.00 (the "**Purchase Price**"), subject to Court approval (the "**Contract**"). A true and correct copy of the Contract was attached as Exhibit "A" to the Sale Motion.

4.

On June 10, 2022, the Court entered an Order [Doc. No. 104] granting the Sale Motion (the "**Sale Order**"). On June 14, 2022, Trustee closed the sale of the Property (the "**Closing**"), and Trustee's authorized disbursing agent made those disbursements authorized by the Sale Order.

5.

Through the Sale, the Bankruptcy Estate netted approximately $270,000.00, after Trustee's making the disbursements authorized by the Sale Order. *See* [Doc. No. 106].

6.

On November 10, 2022, the Court entered an Order [Doc. No. 116] approving a settlement between Trustee and Normandy Capital Trust, through which Trustee transferred $107,000.00 to Normandy Capital Trust in full satisfaction of its contested security interest in the Property. Trustee continues to hold the remainder of the Sale proceeds for the benefit of the Bankruptcy Estate.

7.

Trustee is in the process of wrapping up this case, and his accountants have prepared final tax returns. As a result of the Sale, the Bankruptcy Estate has incurred income tax expenses owed to the Internal Revenue Service in the amount of $5,647.00 and to the Georgia Department of Revenue in the amount of $1,546.00.

8.

There are sufficient funds in the Bankruptcy Estate with which to make the foregoing payments, and such payments are proper administrative expenses of the Bankruptcy Estate.

WHEREFORE, Trustee requests that the Court grant this Motion and authorize Trustee to pay the above-described administrative expense claims.

Respectfully submitted this 26th day of January, 2023.

ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
　　Michael J. Bargar
　　Georgia Bar No. 645709
　　mbargar@rlkglaw.com

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220

## CERTIFICATE OF SERVICE

This is to certify that I have this day served true and correct copies of the foregoing *Trustee's Motion for Authority to Pay Administrative Expenses of Chapter 7 Estate* by delivering copies of the same via United States first class mail, postage prepaid, to the following persons or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Nicole Carson
The Carson Firm, LLC
225 Arthur Drive
McDonough, GA 30252

New Vision Realty & Investments, Inc.
3645 Marketplace Blvd.
Unit 130-593
Atlanta, GA 30344

This 26th day of January, 2023.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

18405533v1