# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 21-55752-PMB
**Case Name:** NEW VISION REALTY & INVESTMENTS, INC

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 08/02/2021 (f)
**§ 341(a) Meeting Date:** 09/01/2021

**For Period Ending:** 06/30/2023

**Claims Bar Date:** 12/01/2021

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account at Bank of America, xxxxxx2656<br>Trustee balance per bank statement. | 1,700.00 | 44.22 | | 0.00 | FA |
| 2 | Desk and chair. Valuation Method: Liquidation | 175.00 | 175.00 | | 0.00 | FA |
| 3 | Labtop, printer. Valuation Method: Liquidation | 200.00 | 200.00 | | 0.00 | FA |
| 4 | 2562 Meadow Lark Dr East Point, GA 30344, Fee simple, Valuation Method: Comparable sale<br>Trustee disputes validity of security interest of Normandy Capital in property. See adversary # 21-05101-pmb. | 288,400.00 | 220,800.00 | | 407,000.00 | FA |
| 5* | Adversary 21-05101-pmb - Trustee v Normandy Capital Trust (u) (See Footnote) | 1.00 | 1.00 | | 0.00 | FA |
| 5 | **Assets    Totals**    (Excluding unknown values) | **$290,476.00** | **$221,220.22** | | **$407,000.00** | **$0.00** |

RE PROP# 5    Relating to Debtor's interest in 2562 Meadow Lark Drive, Trustee filed adversary # 21-05101 (a) avoiding the Transfers under 11 U.S.C. § 544(a)(3); (b) Establishing security interest of Defendant in the Property is unperfected, unenforceable, and invalid, and that any timely-filed claim of Defendant will only be allowed as a single non-priority unsecured claim; (c) Ordering that Plaintiff is entitled to recover from Defendant its interest in the Property as to the Bankruptcy Estate's interest, or the value of same, to Trustee under 11 U.S.C. § 550; and (d) Preserving the Transfers for the benefit of the Bankruptcy Estate under 11 U.S.C. § 551.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| | |
|---|---|
| **Case No.:** 21-55752-PMB | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** NEW VISION REALTY & INVESTMENTS, INC | **Date Filed (f) or Converted (c):** 08/02/2021 (f) |
| | **§ 341(a) Meeting Date:** 09/01/2021 |
| **For Period Ending:** 06/30/2023 | **Claims Bar Date:** 12/01/2021 |

**Major Activities Affecting Case Closing:**

8/6/2021  Notice to Clerk Not to Dismiss filed;

9/1/2021  Notify as asset case & Request to Set Claims Bar Date filed;

9/24/21 - Trustee filed adversary 21-05101-pmb - Trustee v. Normandy Capital Trust. Relating to Debtor's interest in 2562 Meadow Lark Drive, Trustee filed adversary # 21-05101 seeking to (a) avoiding the Transfers under 11 U.S.C. § 544(a)(3); (b) Establishing security interest of Defendant in the Property is unperfected, unenforceable, and invalid, and that any timely-filed claim of Defendant will only be allowed as a single non-priority unsecured claim; (c) Ordering that Plaintiff is entitled to recover from Defendant its interest in the Property as to the Bankruptcy Estate's interest, or the value of same, to Trustee under 11 U.S.C. § 550; and (d) Preserving the Transfers for the benefit of the Bankruptcy Estate under 11 U.S.C. § 551.

6/14/22 - Trustee closed sale of 2562 Meadow Lark Drive for $407,000.

6/30/22 - Trustee continues to work on resolving tax claims and adversary # 21-05101.

12/22/2022 - Adversary 21-05101 resolved and closed.

6/28/23 - The IRS amended their proof of claim which resolves the last remaining case issues. The Trustee is in the process of preparing his case closing documents.

**Initial Projected Date Of Final Report (TFR):**    12/31/2023            **Current Projected Date Of Final Report (TFR):**    12/31/2023

Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 21-55752-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | NEW VISION REALTY & INVESTMENTS, INC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***2334 | Account #: | ******0498 Checking |
| For Period Ending: | 06/30/2023 | Blanket Bond (per case limit): | $29,875,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/20/22 | | Campbell & Brannon IOLTA (Rajib and Fatema, Purchasers) | Sale of 2562 Meadow Lark Drive per Order, Dkt # 104. | | 270,467.95 | | 270,467.95 |
| | {4} | Rezwanul Rajib and Nuri Fatema | Sale of 2562 Meadow Lark Drive per Order, Dkt # 104. $407,000.00 | 1110-000 | | | |
| | | City of East Point | Property taxes paid per Order, Dkt # 104. -$409.98 | 2820-000 | | | |
| | | Fulton County Tax Commissioner | Property taxes paid per Order, Dkt # 104. -$689.95 | 2820-000 | | | |
| | | Humphries & King Realty LLC | Real estate commission paid per Order, Dkt # 104. -$12,210.00 | 3510-000 | | | |
| | | Coldwell Banker Realty | Real estate commission paid per Order, Dkt # 104. -$12,210.00 | 3510-000 | | | |
| | | Campbell & Brannon | Title Report paid per Order, Dkt # 104. -$35.00 | 2500-000 | | | |
| | | John Ball | Reimbursement for lock paid per Order, Dkt # 104. -$99.41 | 2500-000 | | | |
| | | KRT PROPERTIES, LLC | Payoff of lien, paid per Order, Dkt # 104. -$108,351.77 | 4110-000 | | | |
| | | FULTON COUNTY TAX COMMISSIONER | County Property tax paid per Order, Dkt # 104. -$1,535.56 | 4700-000 | | | |
| | | City of East Point | City property taxes paid per Order, Dkt # 104. -$990.38 | 4700-000 | | | |
| 06/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 101.14 | 270,366.81 |
| 07/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 418.88 | 269,947.93 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 475.91 | 269,472.02 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 431.89 | 269,040.13 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 416.82 | 268,623.31 |

Page Subtotals:    $270,467.95    $1,844.64

{ } Asset Reference(s)    ! - transaction has not been cleared

Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 21-55752-PMB | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | NEW VISION REALTY & INVESTMENTS, INC | | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***2334 | | Account #: | ******0498 Checking |
| For Period Ending: | 06/30/2023 | | Blanket Bond (per case limit): | $29,875,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/28/22 | 101 | Normandy Capital Trust | Settlement of interest in 2562 Meadow Lark Drive. Approved by Order, Dkt # 116. Stopped on 12/16/2022 | 4110-000 | | 107,000.00 | 161,623.31 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 459.27 | 161,164.04 |
| 12/16/22 | 101 | Normandy Capital Trust | Settlement of interest in 2562 Meadow Lark Drive. Approved by Order, Dkt # 116. Stopped: check issued on 11/28/2022 | 4110-000 | | -107,000.00 | 268,164.04 |
| 12/19/22 | 102 | Normandy Capital Trust | Settlement of interest in 2562 Meadow Lark Drive. Approved by Order, Dkt # 116. | 4110-000 | | 107,000.00 | 161,164.04 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 429.79 | 160,734.25 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 343.38 | 160,390.87 |
| 02/10/23 | 103 | Georgia Department of Revenue | FEIN 46-1622334. Income taxes. Paid per Order, Dkt # 120. | 2810-000 | | 1,546.00 | 158,844.87 |
| 02/14/23 | | US TREAS SINGLE TX | 2022 Income Tax payment. Per Order, Dkt # 120 | 2810-000 | | 5,647.00 | 153,197.87 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 235.09 | 152,962.78 |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 253.32 | 152,709.46 |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 228.43 | 152,481.03 |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 268.82 | 152,212.21 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 243.95 | 151,968.26 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 270,467.95 | 118,499.69 | $151,968.26 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 270,467.95 | 118,499.69 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $270,467.95 | $118,499.69 | |

{ } Asset Reference(s)  ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Page: 2-3

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 21-55752-PMB | | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | NEW VISION REALTY & INVESTMENTS, INC | | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***2334 | | **Account #:** | ******0498 Checking |
| **For Period Ending:** | 06/30/2023 | | **Blanket Bond (per case limit):** | $29,875,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $270,467.95 |
| Plus Gross Adjustments: | $136,532.05 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $407,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0498 Checking | $270,467.95 | $118,499.69 | $151,968.26 |
| | $270,467.95 | $118,499.69 | $151,968.26 |